UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>          Defendants. | No.  2:13-cv-0324 AC P<br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On November 14, 2013, the court ordered the United States Marshal to serve the third amended complaint on defendants.  Process directed to defendants Coblen, Diaz, Lopez and Nelson was returned unserved because "unable to identify and/or locate."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff four USM-285 forms, along with an instruction sheet and a copy of the third amended complaint filed June 21, 2013;

1    2. Within sixty days from the date of this order, plaintiff shall complete and submit the
2  attached Notice of Submission of Documents to the court, with the following documents:
3         a. One completed USM-285 form for each defendant;
4         b. Five copies of the endorsed third amended complaint filed June 21, 2013; and
5         c. One completed summons form (if not previously provided) or show good cause
6  why he cannot provide such information.
7  DATED: December 17, 2013

   _____
   ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TERRELL D. HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-0324 AC P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　Plaintiff hereby submits the following documents in compliance with the court's order

filed _____ :

　　\_\_\_\_　　　completed summons form

　　\_\_\_\_　　　completed USM-285 forms

　　\_\_\_\_　　　copies of the <u>June 21, 2013</u> Amended Complaint

DATED:



　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

3