UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:13-cv-00324-AC-P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. By order of December 18, 2013, plaintiff was directed to provide additional service information for Defendants Coblen, Diaz, and Lopez within 60 days. ECF No. 38. A review of the court's docket indicates that service of process was also returned unexecuted as to Defendant Nelson. See ECF No. 35. To date, plaintiff has failed to comply with the court order. However, in a letter received by the court on March 13, 2014, plaintiff indicates that he believes these defendants can be served at the same address as Defendants Conrad and Smitty, to wit, the San Joaquin County Jail. The court notes that service for Defendants Coblen, Diaz, Lopez, and Nelson was already attempted at the San Joaquin County Jail. See ECF No. 35. However, there was insufficient identifying information to be able to locate them at such address. Id.

Therefore, defendants' counsel shall query the San Joaquin County Jail to ascertain further

1 identifying information or the whereabouts of Defendants Diaz, Nelson, Coblen, and Lopez. If
2 defendants are still employed with the San Joaquin County Jail or any other county agency,
3 counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the
4 business address of these defendants, counsel shall provide the address to plaintiff. In the event
5 that counsel, after conducting a good faith inquiry, cannot ascertain further identifying
6 information or the business address of Defendants Diaz, Nelson, Coblen, and Lopez, counsel shall
7 so inform the court. Defendants' counsel shall file and serve the appropriate response within
8 twenty days from the filing date of this order.

9     IT IS SO ORDERED.

10 DATED: March 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE