OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
GILBERTO GUTIERREZ, SBN 085795
Litigation Deputy County Counsel
44 N. San Joaquin Street, Suite 679
Stockton, California 95202
Telephone:  (209) 468-2980
Facsimile:   (209) 468-0315

Attorneys for Defendants,
    SAN JOAQUIN COUNTY JAIL CORRECTIONAL OFFICERS:
    JOSHUA PEOPLES, SEAN ADAMS, AKOURA KONG,
    JASON RONDENBURG, PING KITZBERGER, JAIME LEE,
    KIMBERLY TREMAIN, RUBEN RODRIGUEZ, MICHAEL CONRAD,
    DON SMITH, AND DESIREE BURTON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>               Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY JAIL, et al.<br><br>               Defendants. | CASE NO. 2:13-cv-0324 AC P<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING OUTCOME OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      Having read Defendants' Motion for Protective Order Staying Discovery Pending Outcome of Defendants' Motion for Summary Judgment, and Points and Authorities in support thereof, and GOOD CAUSE APPEARING THEREFOR,

      **IT IS HEREBY ORDERED THAT:**

      DEFENDANTS' SAN JOAQUIN COUNTY JAIL CORRECTIONAL OFFICERS: JOSHUA PEOPLES, SEAN ADAMS, AKOURA KONG, JASON RONDENBURG, PING

1

1  KITZBERGER, JAIME LEE, KIMBERLY TREMAIN, RUBEN RODRIGUEZ, MICHAEL
2  CONRAD, DON SMITH, AND DESIREE BURTON Motion for Protective Order Staying
3  Discovery Pending Outcome of Defendants' Motion for Summary Judgment is hereby granted.

Dated: June 3, 2014

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] ORDER on Defendants' Motion for Protective Order Staying Discovery Pending Outcome of Defendants' Motion for Summary Judgment