UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:13-cv-00324 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |

On November 14, 2013, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form. ECF. No. 32.  All parties were required to complete and file the form within 30 days.  Although plaintiff and four of the defendants previously filed their consent to jurisdiction of the magistrate judge (ECF. Nos. 4, 39. 42, 45-46), to date, defendants Peoples, Adams, Kitzberger, Lee, Tremain, Rodriguez, and Burton have failed to file the required form.

Accordingly, IT IS ORDERED that defendants Peoples, Adams, Kitzberger, Lee, Tremain, Rodriguez, and Burton shall show good cause in writing, within seven days after this order is filed, for failing to file a completed consent or request for reassignment form.  Prompt

////

////

////

1

filing of a completed form will be deemed full compliance with this order and will discharge the order to show cause.

DATED: February 5, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE