UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:13-cv-0324 AC P<br><br><br><br>ORDER |

    Plaintiff has filed a document entitled "Plaintiff's First Request for Production of Documents." ECF No. 106. Plaintiff is informed that discovery will not begin until the court issues a discovery and scheduling order. Once discovery begins, court permission is not necessary for discovery requests and neither discovery requests served on an opposing party nor that party's responses should be filed unless they are being used to support or oppose a motion. "[T]he following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission." Fed. R. Civ. P. 5(d)(1).

    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 31, 2016 request (ECF No. 106) will be stricken from the record. Plaintiff is cautioned that he should not file any further discovery requests or responses to discovery requests unless they are being used to support or

////

1

1 | oppose a motion or the court orders them filed.  Repeated violations may result in an order of
2 | sanctions, including, but not limited to, dismissal of this action.
3 | DATED:  September 6, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE