UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:13-cv-0324 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a former prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In response to the court's September 18, 2017 order (ECF No. 122), which granted him additional time to respond to defendants' motion for summary judgment after he failed to file a response, plaintiff has filed a motion for extension. ECF No. 123. He asserts that he has not received a copy of the summary-judgment motion. Id. It appears likely that plaintiff did not receive a copy of the motion because he failed to provide timely notice of his change of address. Defendants will be directed to re-serve plaintiff with their motion. Plaintiff is cautioned that further delays based solely upon his failure to timely notify the court and defendants that his address has changed will not be cause for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the filing of this order, defendants shall re-serve plaintiff with their motion for summary judgment (ECF No. 116) and file a notice of service with the court.

1

1     2. Plaintiff shall have twenty-one days from re-service of the motion for summary judgment to file an opposition or notice of non-opposition. Defendants' reply, if any, shall be due seven days after the filing of plaintiff's response.

    SO ORDERED.

DATED: October 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE