UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>    Defendants.<br>_____ | No. 2:13-cv-0324 AC P<br><br><br><br>ORDER |
| TERRELL D. HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUEL VOCATIONAL INSTITUTION, et al.,<br><br>    Defendants. | No. 2:13-cv-0746 AC P |

Plaintiff is a county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In Hall v. San Joaquin County Jail ("Hall I"), No. 2:13-cv-0324 AC, plaintiff filed a "Motion for TRO and no change address," in which he requests that the court not send mail to him at the county jail related to that case or Hall v. Deuel Vocational Institution, No. 13-

1

cv-0746 AC.  <u>Hall I</u>, ECF No. 136.  The return address he provides is his previous address of 80 S. Market St., San Jose, CA 95113, although it is clear from the notice that plaintiff is still in custody at the San Joaquin County Jail.[1]  <u>Id.</u>

Plaintiff's motion will be granted and, after this order, the court will no longer serve documents on plaintiff at the jail in either case unless plaintiff files a notice of change of address specifically requesting his address be changed to the jail in that case.  However, plaintiff is strongly cautioned that the court will not place these proceedings on hold while he is in custody, nor will it grant him additional time or provide him with additional copies of documents because he has chosen to have documents served on a location where he is not physically present.  He is also advised that any requests for relief or information he wants to provide the court must be filed in the appropriate cases.  Requests and information provided by telephone will be disregarded.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 136) is granted and plaintiff's address of record in <u>Hall v. San Joaquin County Jail</u>, No. 2:13-cv-0324 AC, and <u>Hall v. Deuel Vocational Institution</u>, No. 13-cv-0746 AC, shall remain 80 S. Market St., San Jose, CA 95113.

2. The Clerk of the Court shall serve a copy of this order on plaintiff at his address of record and at San Joaquin County Jail, 999 W. Matthews Road French Camp, CA 95231.

DATED: March 19, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the San Joaquin County Jail's inmate locator also shows that plaintiff is still in custody.

[2] Plaintiff's notice states that plaintiff directed someone to call the court to relay the information in the notice.

2