UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:13-cv-0324 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, | |
| Defendant. | |

Plaintiff has filed a motion for an extension of time because of his difficulty accessing documents sent to his 80 S. Market Street address. ECF No. 138. This court previously ordered that it will not "grant [plaintiff] additional time or provide him with additional copies of documents because he has chosen to have documents served on a location where he is not physically present." ECF No. 137 at 2.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 138) is denied.

DATED: March 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE