UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-00324 KJM AC P<br><br><br>ORDER |

On August 31, 2016, an Order Re Consent or Request for Reassignment was issued in this case, together with the appropriate form. ECF No. 105. Defendants Coplin and Diaz were required to complete and file the form within thirty days, as all other parties had already filed their consent to magistrate judge jurisdiction (ECF Nos. 4, 39. 42, 45-46, 78). To date, Coplin and Diaz have failed to return the form indicating their election. If defendants Coplin and Diaz decline magistrate judge jurisdiction, the case will remain assigned to the district judge. If they consent, upon resolution of the pending findings and recommendations (ECF No. 145), the case will be assigned back to the undersigned for disposition in accordance with the parties' consent to magistrate judge jurisdiction.

Accordingly, IT IS ORDERED that defendants Diaz and Coplin shall show good cause in writing, within seven days after this order is filed, for failing to file a completed consent or

////

1

request for reassignment form. Prompt filing of a completed form will be deemed full compliance with this order and will discharge the order to show cause.

IT IS SO ORDERED.

DATED: April 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE