UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0324 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion requesting that the court order the production of two recent medication evaluations related to his parole eligibility. ECF No. 144. These evaluations are unrelated to the conduct alleged in the complaint, all of which took place in 2012. ECF No. 21.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for production (ECF No. 144) is DENIED.

DATED: May 2, 2018

　　　　　　　　　　　_____
　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE