UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:13-cv-0324 KJM AC P<br><br><br>ORDER |

All remaining parties in the above-captioned case have filed consent to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(a), (c); ECF Nos. 4, 39, 42, 45, 46, 78, 148 (consent forms filed by plaintiff and defendants Rondenburg, Kong, Conrad, Smith, Peoples, Adams, Kitzberger, Lee, Tremain, Rodriguez, Burton, Coplin, and Diaz). Under Local Rule 305, both the district court judge and the magistrate judge assigned to the case must approve the referral to the magistrate judge. L.R. 305(b).

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////
////
////

1

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Allison Claire. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:13-cv-0324 AC. All scheduled dates presently set before Judge Mueller are hereby VACATED.

DATED: May 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: May 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE