UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:13-cv-0324 AC P<br><br><br>ORDER |

Plaintiff is a former prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. After plaintiff filed a motion for leave to electronically file documents in this case (ECF No. 153), he was ordered to provide a supplemental declaration that demonstrates he understands the requirements for electronic filing and has regular access to the necessary equipment (ECF No. 154). Plaintiff has failed to file the necessary declaration.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to electronically file documents (ECF No. 153) is denied.

DATED: June 28, 2018.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1