UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL, | No. 2:13-cv-0324 AC P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |

On May 3, 2019, plaintiff filed a request for a telephonic conference. ECF No. 173. This civil rights action was closed on September 12, 2018. ECF Nos. 160, 161. The request will therefore be denied.

IT IS SO ORDERED.

DATED: May 8, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE