UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL D. HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.<br><br>        Defendants. | No.  2:13-cv-0324 AC P<br><br><br><br>ORDER |

On June 15, 2020, the Clerk of the Court filed plaintiff's letter to the court.  ECF No. 177.  This civil rights action was closed on September 12, 2018.  ECF Nos. 160, 161.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

DATED: June 22, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1